# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VALENTIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. FRINK, WARDEN,<br><br>　　　　Respondent. | Case No. CV 15-01049 AG (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the magistrate judge's report and recommendation. Petitioner did not file written objections to the report and recommendation. The Court accepts the recommendations of the magistrate judge.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     IT IS ORDERED that: (1) the report and recommendation is accepted; (2) Judgment shall be entered consistent with this order; and (3) the clerk shall serve this order and the judgment on all counsel or parties of record.

DATE: August 30, 2015

                                    ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE