# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VALENTIN,<br><br>   Petitioner,<br><br>   v.<br><br>M. FRINK, WARDEN,<br><br>   Respondent. | Case No. CV 15-01049 AG (RAO)<br><br>JUDGMENT |

  Having reviewed the Petition and supporting papers, and having accepted the magistrate judge's report and recommendation,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATE: August 30, 2015

             _____
             ANDREW J. GUILFORD
             UNITED STATES DISTRICT JUDGE