# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VALENTIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. FRINK, Warden,<br><br>　　　　Respondent. | Case No. CV 15-01049 RAO<br><br>**JUDGMENT** |

In accordance with the Order filed concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that the First Amended Petition is dismissed without prejudice.

DATE: June 19, 2017

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE